[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 16, 2006
THOMAS K. KAHN
CLERK

No. 05-11272
Non-Argument Calendar

_____

D. C. Docket No. 04-80066-CR-DTKH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDRE PIERRE-RENE,
a.k.a. Doo-Doo,
a.k.a. Rene,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(June 16, 2006)**

Before BLACK, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Joel D. Robrish, appointed counsel for Andre Pierre-Rene in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pierre-Rene's conviction and sentence are **AFFIRMED**.  We also **DENY** Pierre-Rene's motion for appointment of counsel as moot in light of our grant of counsel's motion to withdraw.